**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                          Case No.21-11326-PDR
Ricardo Ruben Uliambre Pettengill                        Chapter 13


_____Debtor_____/


**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

Applicant, Rachamin "Rocky" Cohen and Cohen Legal Services, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the Court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Hourly Fees Requested: | $ 8,551.00 |
| MMM Flat Fee | $ 2,500.00 |
| Total Expenses to be Reimbursed: | $ 243.20 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 1,498.00 |
| Amount to be Paid through Plan: | $ 9,796.20 |

1. The amount requested, if allowed, will be paid in full after 20 monthly payments under the plan.

2. A detailed itemization of the services rendered to date with corresponding time entries and costs incurred is attached as Exhibit "B".

3. Applicant estimates that an additional ___1___ hour will be required to be expended in providing legal services on behalf of the debtor(s) described below:
Preparing for and attending the December 2021 Confirmation Hearings, including

responding to Lender's objection to confirmation.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

Debtor filed a Motion to Avoid Lien ("Motion") which was objected to by the Judgement Creditor ("Creditor"). The Creditor filed a Response in opposition to the Motion which necessitated Debtor to file a Reply to the Creditor's Response. The Court special set the Motion for hearing and set a briefing schedule on the underlying legal issue. Undersigned filed a Memorandum in favor of the Motion which required extensive legal research and time in drafting the Memorandum - as there is case law from the Southern District of Florida in favor of Creditor's position in opposition of the Motion to Avoid Lien.

Debtor initially proposed to pay the HOA creditor direct and outside of the chapter 13 plan, but subsequently decided to pay the claim through his plan. There were several Notice of Payment Changes which required undersigned to negotiate post-petition fees with counsel for the HOA Creditor. Additionally, Debtor was denied a loan modification prior to confirmation which resulted in additional amended plan to be filed to cure and maintain the mortgage creditor.

5. The source of compensation previously paid to applicant was ___Debtor___.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.

**DATED:** November 15, 2021

Submitted by:<br>
/s/ Rachamin Cohen<br>
Rachamin "Rocky" Cohen, Esq.<br>
Attorney for Debtor<br>
Florida Bar No. 96305<br>
Cohen Legal Services, PA<br>
101 NE Third Ave., Suite 1500

Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: Rocky@lawcls.com

Exhibit "A"

**COHEN LEGAL**
Attorneys At Law
**SERVICES P.A.**

Ricardo R Uliambre Pettengi
2484 Eagle Watch Ct
Weston, FL 33327

Dear Ricardo:

This is a contract for legal services entered into between Cohen Legal Services, P.A. (hereinafter referred to as "CLS") and Ricardo R Uliambre Pettengi. (the "Client"), based on the terms and conditions set forth in the paragraphs below:

1. **Parties:** As stated above, CLS will be representing the Client with respect to the matter described in paragraph.

2. **Purpose and Scope of Engagement:** The purpose of this engagement is to represent the Clients' interest in the filing of a Chapter 13 Bankruptcy Petition ("THE MATTER"). This engagement does not include any representation outside of Bankruptcy Court nor in a Chapter 7 or 11 proceeding should the case be converted. If at any time CLS is required to take any action in THE MATTER and CLS is unable to obtain instructions from the Clients, the Clients authorize CLS to take such action as are necessary to protect the Clients' interest.

3. **The Client's Obligations:** CLS will endeavor to represent the Client's interests vigorously and efficiently. For CLS to provide these services effectively, the Client agrees to disclose fully and accurately all pertinent facts and keep CLS apprised of all developments in THE MATTER. CLS will rely on the completeness and accuracy of that information when performing services on the Client's behalf. The Client agrees to cooperate fully with CLS and agrees to timely comply with all court orders, discovery requests and other requests.

4. **Fee Arrangement:** CLS agrees to handle THE MATTER for the Client on an hourly basis. The Client agrees to pay a $1,850.00 fee advance, subject to Bankruptcy Court approval. The fee advance represents an advance against CLS' anticipated legal fees in representing the Client in THE MATTER and will be deposited in CLS' trust account for future withdrawals. The Client understands interest will not accrue for the Client. In addition to the above referenced advance fee, Clients shall pay the court filing fee of $313.00 and a credit report fee of $39.00 prior to the case being filed. The Client agrees that the fee advance will be credited against an hourly rate of $385.00 per hour for attorney time. The schedule of hourly rates is based on years of experience, specialization and training, practice, level of professional attainment, and overhead cost. Travel time will be billed at these rates as well. **We will require an initial retainer of $1,850.00 (for attorney's fees and cost outlined above) to accept this matter.**

CLS will file an interim(s) and final application(s) for compensation and reimbursement of expenses with the Bankruptcy Court. Upon such amounts being approved, CLS will transfer such funds from its trust account to its operating account. Any balance remaining thereafter shall be due and payable upon confirmation of the Clients' Chapter 13 Plan or upon dismissal or conversion of the Clients' Chapter 13 proceeding, if such proceeding is dismissed or converted.

The Client agrees to pay all costs, fees, and expenses incurred by CLS in THE MATTER, including, but not limited to, filing fees, process server fees, documentary stamps, intangible tax, computerized legal research fees, postage, expedited mail or delivery service fees (including Federal Express, special couriers, and local messengers), parking expenses and deposition expenses (including cost of transcript and court reporter fees). Where the expenses involve payment to persons outside CLS, CLS may request that the Client pay the expenses directly. If a cost is incurred, the Client authorizes CLS to advance the cost on the Client's behalf. If CLS does advance costs on the Client's behalf, the Client agrees to reimburse CLS within 10 days of being advised of the amount CLS advanced.

The Client understands that it is the practice of CLS to charge not less than 1/10 of an hour for each telephone call made and received, no matter how short its duration.

5. **Right to Terminate/Withdraw:** The Client understands and agrees that if a fee due CLS is not paid within the terms described in paragraph 5, then CLS has the right to terminate working on THE MATTER and to withdraw as the Client's attorneys based upon said non-payment. The Client hereby consents to permit CLS to withdraw as its counsel under those circumstances.

If you have any questions, please do not hesitate to contact me. If the foregoing is acceptable, please acknowledge that you have reviewed it, understand it, and desire to retain CLS on the basis of the terms of this agreement by signing and delivering to us the signed agreement by e-mail.

Very truly yours,

*Rachamim Cohen*
Rachamim Cohen

The Clients has read this entire agreement, understands it, and agrees to all of its terms. By signing below, the Client further acknowledges that CLS has made no guarantees or assurances concerning the outcome of THE MATTER.

By: _____    Date: Feb. 11, 2021
Ricardo R Uliambre Pettengi

By: _____    Date: 2/11/21

Exhibit "B"

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/14/2021 | 🕒 | Draft 10th Amended Plan.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 11/01/2021 | 🕒 | Attend Confirmation Hearing.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 10/28/2021 | 🕒 | Review Objection to Confirmation, draft Ninth Amended Plan and email response to Lender's attorney.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| 10/28/2021 | 🕒 | Prepare for hearing on Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 1.10 | 385.00 | - | 423.50 |
| 10/28/2021 | 🕒 | Attend hearing on Motion to Avoid Lien and Memorandum filed in support of Motion.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.70 | 385.00 | - | 269.50 |
| 10/28/2021 | 🕒 | Two phone calls with Client [redacted]<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 10/24/2021 | 🕒 | Research case law, on lien avoidance and draft Memorandum in Support of Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 3.50 | 385.00 | - | 1,347.50 |
| 10/14/2021 | 🕒 | Review Order Continuing Hearing and Setting Brief Deadlines. Draft | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| | | | | | **21.20h**<br>0.0h | | **$0.00** | **$8,166.00**<br>21.2h |

1/7

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | and file Motion to Reschedule Hearing and Order Granting. Email with Courtroom Deputy.<br>● Unbilled | | | | | | |
| 10/04/2021 | 🕐 | Attend Confirmation Hearing.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 10/04/2021 | 🕐 | Attend hearing on Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 1.00 | 385.00 | - | 385.00 |
| 09/13/2021 | 🕐 | Attend Confirmation hearing and hearing on Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 09/13/2021 | 🕐 | Phone call with Client discussing ███████████████<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 09/12/2021 | 🕐 | Draft Seventh Amended Plan.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 395.00 | - | 158.00 |
| 09/10/2021 | 🕐 | Pre-confirmation phone call with Trustee's office.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 08/30/2021 | 🕐 | Phone call with Client and run requested calculations.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 08/02/2021 | 🕐 | Attend Confirmation Hearing and Motion to Avoid Lien. | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| | | | | | **21.20h**<br>0.0h | | **$0.00** | **$8,166.00**<br>21.2h |

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 07/30/2021 | 🕐 | Prepare for Confirmation.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 07/23/2021 | 🕐 | Draft Fifth Amended Plan using the new local form and adding post-petition association fees.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| 07/23/2021 | 🕐 | Phone call with Jordan Rappaport, attorney for HOA.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 07/22/2021 | 🕐 | Prepare for Confirmation and meeting with counsel for secured creditor.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 07/08/2021 | 🕐 | Correspondence with Gavin Steward, counsel for VW Inc. Draft proposed order on Objection to Claim and Notice of Continued Hearing on Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 07/02/2021 | 🕐 | Prepare for Confirmation and phone call with Client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 07/01/2021 | 🕐 | Draft Local Form 48 and email with Jordan Rappaport.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| | | | | | **21.20h**<br>0.0h | | **$0.00** | **$8,166.00**<br>21.2h |

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/21/2021 | 🕐 | Phone call with Client. Phone call with counsel for judgement creditor.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 06/17/2021 | 🕐 | Phone call with client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 06/10/2021 | 🕐 | Draft fourth amended plan.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| 06/01/2021 | 🕐 | Attend hearing on Objection to Claim and Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 06/01/2021 | 🕐 | Review response to Motion to Avoid Lien. Phone call with Counsel for Creditor, Research, Local Rules, Fed. Bankruptcy Rules, In re Epstein, In re Canon, In re Watson, In re Bird.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| 05/31/2021 | 🕐 | Phone call with Client and email counsel for Georges Interior and VW Credit.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 05/21/2021 | 🕐 | Phone call with Jordan Rappaport, attorney for the HOA, and phone call with Client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 05/20/2021 | 🕐 | Correspondence with client. | 00142-Uliambre Pettengi | Rachamin | 0.10 | 385.00 | - | 38.50 |
| | | | | | 21.20h | | $0.00<br>0.0h | $8,166.00<br>21.2h |

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | Chapter 13 | Cohen | | | | |
| 05/12/2021 | 🕐 | Draft and File Objection to Claim No. 5 and phone call with client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| 05/04/2021 | 🕐 | Attend Confirmation Hearing.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 04/30/2021 | 🕐 | Prepare for Confirmation. Precall with Chapter 13 Trustee's office, draft Second Amended Plan, phone call and email exchange with Client. Review two VW claims.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.60 | 385.00 | - | 231.00 |
| 04/28/2021 | 🕐 | Case status with client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 04/28/2021 | 🕐 | Draft and file First Amended Plan.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 04/28/2021 | 🕐 | Review Proof of Claims filed and mortgagee's final judgment comparing attorneys fees and cost, draft Local Form 76.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 04/23/2021 | 🕐 | Phone call with Debtor.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 04/23/2021 | 🕐 | Phone call with Debtor and review of financial documents and Business Debtor Questionnaire. | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| | | | | | **21.20h**<br>0.0h | | **$0.00** | **$8,166.00**<br>21.2h |

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 04/19/2021 | 🕐 | Review Broward County Clerk of Court docket.<br>Review Broward County Official Records.<br>Draft and file Motion to Avoid Lien.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.70 | 385.00 | - | 269.50 |
| 04/09/2021 | 🕐 | Phone call with Debtor reviewing confirmation deficiencies, draft amended Schedules B and C.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| 04/05/2021 | 🕐 | Phone call with client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 03/28/2021 | 🕐 | Review Motion for Clarification of the Automatic Stay and Stay Relief from co-debtor stay.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.10 | 385.00 | - | 38.50 |
| 03/19/2021 | 🕐 | Attend Meeting of Creditors and follow up phone call with Client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| 03/18/2021 | 🕐 | Prepare for Meeting of Creditors.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| 03/10/2021 | 🕐 | Draft Chapter 13 Plan.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| 03/10/2021 | 🕐 | Phone call with client. | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.20 | 385.00 | - | 77.00 |
| | | | | | **21.20h**<br>0.0h | | **$0.00** | **$8,166.00**<br>21.2h |

# Activities Export

11/14/2021
6:43 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 03/09/2021 | 🕐 | Review Client's financial documents and draft Schedules A-J, Statement of Financial Affairs and Current Monthly Income.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 1.20 | 385.00 | - | 462.00 |
| 02/25/2021 | 🕐 | Draft and file Motion for Extension of Time and Order Extending Deadlines. Phone call with Client.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.40 | 385.00 | - | 154.00 |
| 02/11/2021 | 🕐 | Draft and file suggestion of Bankruptcy in foreclosure matter.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.30 | 385.00 | - | 115.50 |
| 02/11/2021 | 🕐 | Draft Petition, review state court docket for two judgement creditors, searchsunbiz and file emergency Petition.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.70 | 385.00 | - | 269.50 |
| 02/11/2021 | 🕐 | Second consultation with Client..<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | 0.50 | 385.00 | - | 192.50 |
| | | | | | **21.20h** | | **$0.00**<br>0.0h | **$8,166.00**<br>21.2h |

# Activities Export

11/15/2021
6:36 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/15/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 10/28/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 10/25/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 1.10 | - | 1.10 |
| 10/18/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 1.10 | - | 1.10 |
| 10/06/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 10/03/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 09/22/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 09/16/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 08/18/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 08/09/2021 | $ | Certified mail and regular postage expenses. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 16.00 | - | 16.00 |
| 07/25/2021 | $ | Postage. <br> ● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| | | | | | 0.00h <br> 0.0h | | $0.00 <br> 0.0h | $243.20 <br> 0.0h |

# Activities Export

11/15/2021
6:36 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/23/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 07/19/2021 | $ | Certified mail.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 7.00 | - | 7.00 |
| 07/11/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 06/15/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 06/15/2021 | $ | Certified mail.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 7.00 | - | 7.00 |
| 06/01/2021 | $ | Court Solutions.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 50.00 | - | 50.00 |
| 05/31/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 04/30/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 04/29/2021 | $ | Certified mail cost.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 7.00 | - | 7.00 |
| 04/28/2021 | $ | Postage.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 10.50 | - | 10.50 |
| 04/21/2021 | $ | Certified mail.<br>● Unbilled | 00142-Uliambre Pettengi Chapter 13 | Rachamin Cohen | - | 7.00 | - | 7.00 |
| | | | | | 0.00h | | $0.00<br>0.0h | $243.20<br>0.0h |